**FILED**

05/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0186

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0186

| | |
|---|---|
| DANIEL COYLE,<br><br>        Plaintiff/Appellee<br>v.<br><br>DHANLAXMI, LLC, d/b/a BUDGET INN OF DEER LODGE; ROHIT PATEL; PRAKASH GANDHI, and JOHN DOES 1-5,<br><br><br>Defendants/Appellants,<br><br>POOJA HOSPITALITY, LLC; LAXMI GROUP, LLC<br><br>        Intervenors. | **APPELLANTS' MOTION FOR EXTENSION OF TIME** |

HAVING REVIEWED Intervenors/Appellants, Pooja Hospitality, LLC and Laxmi Group, LLC, motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED THAT Intervenors/Appellants, Pooja Hospitality, LLC and Laxmi Group, LLC are granted an extension of time to June 15, 2023, to file their Opening Brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

Order Granting Extension of Time

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 18 2023